UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                           CASE NO. 8:01-cr-344-T-23TBM

LORRAINE SCOTT
_____/

**ORDER**

On September 27, 2005, the United States Probation Office filed a September 14, 2005, petition for revocation of the defendant's supervised release (Doc. 30).[*] At the hearing on July 6, 2006, Assistant Federal Public Defender Laurel Moore represented the defendant and Assistant United States Attorney Kelly Howard-Allen represented the United States.

The defendant admits committing the three Grade C violations described in numbered paragraphs one through three of the petition. Accordingly, the court adjudges the defendant guilty of violating the terms of her supervised release. In consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant's term of supervised release is **REVOKED**. The defendant is sentenced to **TIME SERVED**, followed by **THIRTY-SIX MONTHS** (36) months of supervised

---

[*] The defendant having pled guilty to count three of the indictment, the court imposed a sentence on March 21, 2002, of thirty-seven months of imprisonment and sixty months of supervised release.

release with all current conditions remaining in effect and with the addition of the following special condition.

> The defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable to by Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.
>
> ORDERED in Tampa, Florida, on July 6, 2006.

                                            STEVEN D. MERRYDAY
                                    UNITED STATES DISTRICT JUDGE

cc:    United States Marshal
        United States Probation
        Counsel of Record